1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BALANCED BODY, INC., | No. 5:23-cv-01575-JAK (SPx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| GUANGZHOU OASIS, LLC, d/b/a trysauna.com, and TRENDING FIT LLC d/b/a Elina Pilates, | **JS-6** |
| Defendants. | |

1

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Judgment is entered against Defendant Guangzhou Oasis, LLC, that its "Elina Pilates Premium Aluminum Pilates Reformer" infringes U.S. Patent No. D659,205;
2. Defendant Guangzhou Oasis, LLC and all persons or entities in privity with or acting in concert with it, are permanently enjoined from importing, selling, or offering for sale the accused Elina Pilates Premium Aluminum Pilates Reformer or any product that is not materially distinct from that product;
3. Plaintiff Balanced Body, Inc. is awarded $1,470,000 in actual damages; and
4. Plaintiff Balanced Body, Inc. is the prevailing party for purposes of this litigation and may re-file its bill of costs (Dkt. 39) for review and resolution by the Clerk of the Court.

**IT IS SO ORDERED.**

Dated:  February 16, 2024            _____

                                                          John A. Kronstadt
                                                          United States District Judge